IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00438-WDM-MEH

KATHERINE WAGNER,

     Plaintiff,

v.

TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

     Defendant.

---

## NOTICE OF DISMISSAL

---

     The court takes judicial notice that the parties have filed a Stipulation for

Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the

complaint is dismissed with prejudice, each party to pay his or its own costs and

attorneys' fees.

     DATED at Denver, Colorado, on May 10, 2006.

                     BY THE COURT:


                     s/ Walker D. Miller
                     United States District Judge

PDF FINAL